John WHITE, Appellant,

v.

COLUMBIA MUTUAL INSURANCE COMPANY, Respondent.

No. WD 62637.

Missouri Court of Appeals, Western District.

April 13, 2004.

Kent Desselle, Independence, for Appellant.

Russell Ashley, Kansas City, for Respondent.

Before LISA WHITE HARDWICK, Presiding Judge, PAUL M. SPINDEN, Judge, and THOMAS H. NEWTON, Judge.

*ORDER*

John White, trustee of the Tracy Street Trust, appeals the circuit court's judgment awarding the trust $3,500 under a policy insuring a house owned by the trust. Affirmed. Rule 84.16(b).